AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Abadallah HAMDAN

**WARRANT FOR ARREST**

CASE NUMBER: 04-1685-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Abadallah HAMDAN
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of Title  21  United States Code, Section(s)  846

Name of Issuing Officer: Charles B. Swartwood
Title of Issuing Officer: U.S. MAGISTRATE JUDGE
Signature of Issuing Officer
Date and Location: 02-26-2004  BOSTON, MASSACHUSETTS

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at USMS Worcester, MA.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-3-04 | S/A Jean Drouin (DEA) | |
| DATE OF ARREST | | |
| 5-1-04 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Abadallah HAMDAN

ALIAS: _____

LAST KNOWN RESIDENCE: 10 ROOSEVELT STREET, METHUEN, MA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): 00-00-1976

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 7550

HEIGHT: _____  WEIGHT: _____

SEX: M  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____