AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

| UNITED STATES | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| A. Hamdan, R.. Garcia, S. Lizardi, G. Avilla & G. Zayas | Case Number: 04-1685-CBS |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SWARTWOOD | Peabody | Norris, Budreau, Schneider, Natola, Carter |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/1/2004 | 9:44 A | Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Witnesses |
| | | 6/1/2004 | | | Agent Jean Drouin |
| | | | | | Khalil Mansour |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 6/1/2004 | X | X | Complaint & Affidavit |
| | A | 6/1/2004 | X | X | Criminal Docket Sheet for Hamdan |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages