AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

| UNITED STATES | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| V. | | | | | | |
| A. Hamdan, R.. Garcia, S. Lizardi, G. Avilla & G. Zayas | | | | | Case Number: 04-1685-CBS | |

| PRESIDING JUDGE SWARTWOOD | | | | | PLAINTIFF'S ATTORNEY Peabody | DEFENDANT'S ATTORNEY Norris, Budreau, Schneider, Natola, Carter |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 6/1/2004 | | | | | COURT REPORTER 9:44 A | COURTROOM DEPUTY Roland |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | |
| | | | | | Witnesses | |
| | | 6/1/2004 | | | Agent Jean Drouin | |
| | | | | | Khalil Mansour | |
| | | | | | | |
| | | | | | | |
| | | | | | Exhibits | |
| 1 | | 6/1/2004 | X | X | Complaint & Affidavit | |
| | A | 6/1/2004 | X | X | Criminal Docket Sheet for Hamdan | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages